[Cite as *Jabr v. Disciplinary Counsel*, 2021-Ohio-646.]

| | |
|---|---|
| TAREQ R. JABR | Case No. 2020-00596PQ |
| Requester | Judge Patrick E. Sheeran |
| v. | <u>JUDGMENT ENTRY</u> |
| DISCIPLINARY COUNSEL | |
| Respondent | |

{¶1} On January 26, 2021, a special master issued a report and recommendation in this public-records dispute brought under R.C. 2743.75. The special master recommends that the court (1) find it lacks -matter jurisdiction over requester's claim, (2) grant respondent's motion to dismiss, and (3) assess costs to requester.

{¶2} Neither party has filed timely written objections to the special master's report and recommendation. Pursuant to R.C. 2743.75(F)(2), if neither party timely objects, this court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation." The court finds no error of law or other defect is evident on the face of the special master's report and recommendation. The court therefore adopts the report and recommendation, grants requester's motion to dismiss, and dismisses requester's claim without prejudice. Court

costs are assessed to requester.  The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
PATRICK E. SHEERAN
Judge

**Filed February 16, 2021**
**Sent to S.C. Reporter 3/8/21**